UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DANIEL RAY HERNANDEZ-LIZARRAGA                                            PLAINTIFF

v.                                        No. 2:23-CV-2068

SEBASTIAN COUNTY SHERIFFS/
BAILIFFS; CRR INMATE TASK
FORCE; DET. TRIPLETT; CRIMINAL
OPERATIONS, *Fort Smith Police
Department*; DET. NAPIER                                                 DEFENDANTS

## ORDER

The Court has received a report and recommendation (Doc. 8) ("R&R") from Chief United States Magistrate Judge Mark E. Ford. Plaintiff filed objections to the R&R (Doc. 9). Following preservice screening under 28 U.S.C. § 1915A, the Magistrate Judge recommends that Plaintiff's case be dismissed for failure to state a claim upon which relief may be granted. The Court has conducted a de novo review of the R&R. 28 U.S.C. § 636(b)(1)(C). Plaintiff's objections offer neither law nor fact requiring departure from the Magistrate Judge's findings, which otherwise contain no clear error. The report and recommendation is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Plaintiff's claims are DISMISSED WITHOUT PREJUDICE. The clerk is directed to place a § 1915(g) strike flag on this case for future judicial consideration. Judgment will be entered accordingly.

IT IS SO ORDERED this 10th day of July, 2023.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE